### STATE OF CONNECTICUT *v.* RONALD WILLIS (12597)

FOTI, LAVERY and FREEDMAN, Js.

Submitted on briefs June 3—decision released June 28, 1994

*William Holden,* public defender, and *Kristen Jones,* certified legal intern, filed a brief for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, filed a brief for the appellee (state).

PER CURIAM. The defendant appeals from the trial court's judgment revoking his probation. The state concedes, and we agree, that our Supreme Court's recent decision in *State* v. *Davis,* 229 Conn. 285, 641 A.2d 370 (1994), as to the correct standard of proof in a revo-

cation of probation proceeding controls the disposition of this matter.

The judgment is reversed and the case is remanded for a new probation revocation hearing.